Benjamin Harris and Company, appellee, v. Western Smelting and Refining Company and Mitchell-Jackson, Inc., appellees. Appeal of Bekins Van and Storage Company, appellant. Gen. No. 39,646.

Opinion filed March 16, 1938.

Isaac K. Goodman, for appellant. A. J. Schanfarber and Sidney J. and Arthur Wolf, for certain appellee; Sidney J. Wolf, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

George N. Case, appellee, v. Green Oil Soap Company, appellant. Gen. No. 39,665.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.

Robert E. Cantwell, Jr., for appellant; Martin W. Grosse, of counsel. Mortimer A. Rothstein and Alexander Rothstein, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Mary Norton, appellant, v. Guy A. Richardson et al., appellees. Gen. No. 39,677.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.

Danaher & Garriott, for appellant; Clement D. Cody, of counsel. Frank L. Kriete, C. C. Cunningham, Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.

Charles F. Spindler, appellee, v. Robert G. McKay et al., appellants. Gen. No. 39,741.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.

Charles A. Phelps and Simon A. Zelden, for appellants. Nat M. Kahn, for appellee.

Mr. Justice Denis E. Sullivan delivered the opinion of the court.